IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00195-GPG

HECTOR CASTILLO,

    Applicant,

v.

RICK RAEMISCH, Executive Director Colorado Dept of Corrections,
RANDY LIND, Warden, Arkansas Correctional Facility, and
JOHN SUTHERS, Attorney General, State of Colorado,

    Respondents.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. *See* D.C.COLO.LCivR 8.1(c). Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 40.1(a). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable to a magistrate judge. *See* D.C.COLO.LCivR 40.1(a).

DATED May 19, 2015, at Denver, Colorado.

                              BY THE COURT:

                              S/ Gordon P. Gallagher

                              United States Magistrate Judge