IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00195-GPG

HECTOR CASTILLO,

    Applicant,

v.

RICK RAEMISCH, Executive Director Colorado Dept of Corrections,
RANDY LIND, Warden, Arkansas Correctional Facility, and
JOHN SUTHERS, Attorney General, State of Colorado,

    Respondents.

---

## ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in ***People v. Hector Manuel Castillo*, Case No. 05CR3826**, including all documents in the state court file and transcripts of all proceedings conducted in the state court, as well as any physical evidence that is relevant to the asserted claims. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
             Arapahoe County District Court
             7325 S. Potomac St.
             Centennial, Colorado 80112; and

(2)   Court Services Manager
      State Court Administrator's Office
      1300 Broadway
      Denver, Colorado  80203.

DATED May 19, 2015, at Denver, Colorado.

                                BY THE COURT:
                                  s/ Gordon P. Gallagher

                                _____
                                United States Magistrate Judge