IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00195-RPM

HECTOR CASTILLO,

    Plaintiff,

v.

RICK RAEMISCH, Executive Director Colorado Dept. of Corrections,
RANDY LIND, Warden, Arkansas Correctional Facility, and
JOHN SUTHERS, Attorney General, State of Colorado,

    Defendants.

_____

ORDER VACATING ORDER FOR STATE COURT RECORD
_____

    Upon reassignment of this civil action and this Court's case management procedures, it is

    ORDERED that the Order for State Court Record entered by Magistrate Judge Gordon P. Gallagher on May 19, 2015, is vacated.

    DATED:   May 20th, 2015

                                         BY THE COURT:

                                         s/Richard P. Matsch

                                         _____
                                         Richard P. Matsch, Senior Judge