IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00195-RPM

HECTOR CASTILLO,

    Plaintiff,

v.

RICK RAEMISCH, Executive Director Colorado Dept. of Corrections,
RANDY LIND, Warden, Arkansas Correctional Facility, and
JOHN SUTHERS, Attorney General, State of Colorado,

    Defendants.

_____

ORDER ON RESPONDENTS' MOTION FOR ORDER TO PROVIDE STATE COURT RECORD
_____

The proposed order submitted by Respondents to provide the state court record is broader than necessary to adjudicate the issues in this proceeding. Particularly, there is no apparent reason to provide physical evidence and it is doubtful that all documents in the state court file would be relevant. Accordingly, the Respondents shall submit an order that limits the requirements to the record that is necessary for this case.

    SO ORDERED.

    DATED:   October 20th, 2015

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior Judge