IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00195-RPM

HECTOR CASTILLO,

    Plaintiff,
v.

RICK RAEMISCH, Executive Director Colorado Dept. of Corrections,
RANDY LIND, Warden, Arkansas Correctional Facility, and
JOHN SUTHERS, Attorney General, State of Colorado,

    Defendants.
_____

ORDER DIRECTING RESPONDENTS TO PROVIDE STATE COURT RECORD
_____

Upon review of the Second Motion for Order Directing Respondents to Provide State Court Record [Doc. 31], it is

ORDERED that Respondents shall, within 30 days, provide to the Court, in electronic format if possible, all available portions of the state court record in *People v. Castillo*, Arapahoe County case 05CR3826, that are necessary to resolve applicant's claims, including:

The following documents contained in the court file:

- the minute orders;

- the charging documents;

- all documents related to the motions to quash, including the orders granting the motions, the motions for reconsideration, and the response to the motions

- the jury instructions

- the jury's questions asked during deliberations
- the verdict forms
- defense motions to vacate the jury verdict

The transcripts for the following pre-trial hearing dates: 11/2/06, 12/07/06, 6/5/07, 6/13/07.

All trial transcripts.

The following portion of the record related to withdrawn claim 5(a):

- Jurors' questions asked during trial

DATED:    October 26th, 2015

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge